UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
United States of America,

                            Plaintiff,

-against-

                                                      Case No. 7:99-mj-2066

Eleanor M. Clary

                            Defendant.
---------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                              SO ORDERED.

                                                              Hon. Martin R. Goldberg
                                                              United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
        Poughkeepsie, New York